

**FILED**

DEC 15 2017

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES JOSEPH SMITH, <br><br> Defendant. | CR 09-132-BLG-SPW-1 <br><br> ORDER |

Before the Court is Defendant James Joseph Smith's motion for early termination of supervision. (Doc. 69). The Court notes that Smith failed to adhere to Local Criminal Rule 47.1, which states:

> (a) The text of the motion must state that the other parties have been contacted and state whether any party objects to the motion.
> . . .
>
> (b) When a motion is unopposed, the word "unopposed" must appear in the title of the motion.

Adherence to this local rule allows the Court, and often the parties, to handle matters more expeditiously. Compliance with the local rule is required. D. Mont. C.R. 47.1(d). Smith must contact the United States Attorney's Office and state whether it objects to the motion. Accordingly,

IT IS ORDERED that Smith's motion for early termination (Doc. 69) is DENIED with leave to renew.

DATED this 14th day of December, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge